UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| R K E SERVICES L L C | : | CASE NO. 2:21-cv-03842 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| PENN-AMERICA INSURANCE CO | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

The Report and Recommendation [doc. 16] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's Motion to Remand [doc. 7] is DENIED.

**THUS DONE AND SIGNED** in Chambers this 1st day of September, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE